■ In the Matter of CHARLES E. CRANDALL, JR., as Attorney for JOSEPH SCHULTZ, Petitioner, v. EDMUND A. McCARTHY, as County Judge of Herkimer County, Respondent.— Proceeding unanimously dismissed as academic. Memorandum: This article 78 proceeding in the nature of prohibition, to prohibit any further action on the part of the County Judge of Herkimer County is now academic by reason of the expiration of the term of the County Judge on December 31, 1969. (Prohibition proceeding.) Present — Goldman, P. J., Del Vecchio, Gabrielli, Moule and Bastow, JJ.